UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK (SYRACUSE)

---

| | |
|---|---|
| CHAD R. GOETZ,<br>        Plaintiff, | CASE NO.: 5:11-cv-01147-GTS-ATB |
| vs. | |
| TRANS UNION, LLC<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.;<br>        Defendants. | STIPULATION OF DISMISSAL WITH<br>PREJUDICE BETWEEN PLAINTIFF<br>AND DEFENDANT TRANS UNION,<br>LLC ONLY |

---

Plaintiff Chad R. Goetz, *Pro Se* ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 11/21/11

Chad R. Goetz
P.O. Box 234
Liverpool, NY 13088
Telephone: 315-466-9719
E-mail: cgoetz74@gmail.com

*Pro Se Plaintiff*

Date: 12/1/11

William R. Brown, Esq. (517204)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*


Timothy P. Creech, Esq. (2855831)
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103
Telephone: (215) 575-7618
Fax: (215) 575-7688
E-Mail: tcreech@ktwlaw.com

*Local Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 1st day of December, 2011. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Timothy P. Creech, Esq. tcreech@ktwlaw.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the ___1st___ day of **December, 2011**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Chad R. Goetz<br>P.O Box 234<br>Liverpool, NY  13088 | |
|---|---|

William R. Brown, Esq. (IN #26782-48)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*

IT IS SO ORDERED: Pursuant to Fed.R.Civ.P. 41

Hon. Glenn T. Suddaby
U.S. District Judge
Dated:  December 2, 2011
         Syracuse, NY