

**U.S. Department of Justice**

United States Marshals Service

*Northern District of New York*

*Syracuse, NY 13261-7260*



DATE: 1/25/2012

TO: COURT CLERK
Northern District of New York

FROM: Barbara Wright
Administrative Officer

SUBJECT: BILL OF COST
CASE NUMBER: 11-CV-1147

The United States Marshals Service fees for Service of Process in the above referenced case total $24.00

Please retain this document on file and notify us in the event the plaintiff prevails in this action so that we can proceed to collect due costs in this matter.

Thank You.
JSC