February 21, 2012

Via Hand Delivery to the U.S. District Clerk of Court

Honorable Andrew T. Baxter
United States District Court
Northern District of New York
Federal Building & U.S. Courthouse
Syracuse, NY 13261-7346



Re: Goetz v. Trans Union LLC, et. al.  5:11-CV-1147

Dear Judge Baxter:

      I am requesting that the In Person Initial Rule Conference, currently scheduled for March 1st, 2012 at 2:30pm, be rescheduled to the next available date and time on or after March 20, 2012. The reasons are twofold. First, as I homeschool my six year-old son along with his mother, the 1st of March happens to be one of the three days he is with me during the week. Normally I could arrange for him to be with his grandparents in such a situation like this, but unfortunately they are on vacation through the 7th of March and I have been unable to find a reasonable substitute, as the schedule of his mother is fairly well set in stone. Secondly, I have conferred with Mr. Haddad on this issue, the attorney of record for Defendant Experian Information Solutions, Inc. who assures me that he has no objection with the initial conference being rescheduled. Furthermore, he informed me of his own limited availability for two brief periods in March, the last one ending on March 19th. So for the benefit of all parties involved, I am requesting that the initial conference be rescheduled to occur on or after March 20th, 2012 for the foregoing reasons.

Respectfully yours,

Chad R. Goetz
P.O. Box 234
Liverpool, NY 13088
cgoetz74@gmail.com
315-466-9719

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I certify that a copy of the foregoing letter to the Honorable Andrew T. Baxter requesting the rescheduling of the In Person Initial Rule Conference was sent to Mr. Nicholas Haddad, Esq. at Jones Day, 222 East 41st Street, New York, NY 10017-6702 by regular mail with pre-paid postage this 21st day of February, 2012. Additionally, an electronic version of the letter was sent via email to Mr. Haddad at nwhaddad@jonesday.com today as well.

Chad R. Goetz, Plaintiff
P.O. Box 234
Liverpool, New York 13088
cgoetz74@gmail.com
315-466-9719

STATE OF NEW YORK
COUNTY OF ONONDAGA

BEFORE ME personally appeared Chad R. Goetz who, being by me first duly sworn and identified in accordance with New York law, did execute the foregoing in my presence this 21st day of February 2012.

Notary Public

SUSAN E. DOEPP
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ONONDAGA COUNTY
REG. # 01DO6216655
MY COMM. EXP. 01/25/2014

My commission expires: 01/25/2014