UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 21 2012
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

| | |
|---|---|
| CHAD R. GOETZ, <br>     Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br>     Defendant. | Civil Case No: 5:11-cv-01147 <br> (GTS/ATB) <br><br> STIPULATION OF DISMISSAL WITH <br> PREJUDICE BETWEEN PLAINTIFF AND <br> DEFENDANT |

Plaintiff Chad R. Goetz ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised, settled, and adjourned, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: May 21, 2012

Chad R. Goetz
P.O. Box 234
Liverpool, NY 13088
Telephone: 315-466-9719
Email: cgoetz74@gmail.com

*Plaintiff*

Date: May 17, 2012

Nicholas W. Haddad (Bar Roll No. 517306)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Phone: 212-326-=3679
Fax: 212-755-7306
E-mail: nwhaddad@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
U.S. District Judge
Dated: May 21, 2012
      Syracuse, NY

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I certify that a true copy of the foregoing "Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant" was sent to Mr. Nicholas Haddad, Esq. at Jones Day, 222 East 41st Street, New York, NY 10017-6702 via First Class, U.S. Mail, postage pre-paid on the 21st day of May, 2012.

Chad R. Goetz
P.O. Box 234
Liverpool, New York 13088
Telephone: 315-466-9719
Email: cgoetz74@gmail.com

*Plaintiff*

STATE OF NEW YORK
COUNTY OF ONONDAGA

BEFORE ME personally appeared Chad R. Goetz who, being by me first duly sworn and identified in accordance with New York law, did execute the foregoing in my presence this 21 day of MAY 2012.

Notary Public

DAVID M. HILL
Notary Public, State of New York
No. 01HI6080573
Qualified in Oswego County
Commission Expires 9/16/2014

My commission expires: 09/16/2014